Law Offices of
## Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**MEMO ENDORSED**

70 Grand Avenue, Suite 100
River Edge, NJ 07661

233 Broadway, Suite 2370
New York, NY 10279
(Preferred mailing address)

February 9, 2021

Hon. Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, NY 10007

Re:   United States v. Miguel Thompson
      17 Cr. 537 (LAK)

Dear Judge Kaplan:

I am counsel for Miguel Thompson, who is serving a three-year term of supervised release that ends on April 22, 2023.

Mr. Thompson respectfully requests permission to travel on a vacation to the Dominican Republic, leaving New York on March 30, 2021, and returning on April 3, 2021. If approved to travel, he would stay at the Hard Rock Hotel & Casino at Punta Cana. Mr. Thompson is employed at Somos Community Care and helps with COVID-19 testing. His responsibilities include working the intake desk, taking swab samples, and conveying the test results to subjects.

United States Probation Officer Noah Joseph, who is supervising Mr. Thompson, informs me that he consents to this application and that Mr. Thompson has been compliant with supervision. Assistant United States Attorney Michael Krouse informs me that he takes no position.

Thank you for your courtesy and attention to this matter.

Granted on consent

Sincerely,

Donald Yannella

Donald J. Yannella, Esq.

SO ORDERED

LEWIS A. KAPLAN, USDJ
2/10/21