MEMO ENDORSED

Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nyjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**70 Grand Avenue, Suite 100**
**River Edge, NJ 07661**

**233 Broadway, Suite 2370**
**New York, NY 10279**
(Preferred mailing address)

August 6, 2021

Hon. Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    United States v. Miguel Thompson
             17 Cr. 537 (LAK)

Dear Judge Kaplan:

    I am counsel for Miguel Thompson, who is serving a three-year term of supervised release that ends on April 22, 2023.

    Mr. Thompson respectfully requests permission to travel on a vacation to France, leaving New York on August 13, 2021, and returning on August 23, 2021. The trip is arranged for fully vaccinated employees of Somos Community Care, where Mr. Thompson works.

    United States Probation Officer Noah Joseph, who is supervising Mr. Thompson, informs me that she consents to this application and that Mr. Thompson has been compliant with supervision. Assistant United States Attorney Michael Krouse informs me that he takes no position.

    Thank you for your courtesy and attention to this matter.

Sincerely,

Donald J. Yannella, Esq.

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ 8/6/21